# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-10-8209-R                                              Date: **Feb. 7, 2011**

TITLE: VBULLETIN SOLUTIONS INC V. XENFORO LTD et al
===================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sandra Becerra** |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Patrick Fraioli                                                            Michael Grace


PROCEEDINGS: 1) Defendants' motion to dismiss for lack of subject matter jurisdiction (fld 12-6-10)
2) Defendants' motion to dismiss for lack of personal jurisdiction (fld 12-6-10)
3) Defendants' motion to dismiss for forum non conveniens, or to stay proceedings pending conclusion of parallel british proceedings (fld 12-6-10)


The parties submit on their papers as filed.

The Court DENIES each of the above-listed motions, for reasons as stated on the record. Defendants shall answer the complaint within 10 days.

Plaintiff shall submit a proposed order.


                                                                                                    11 min


MINUTES FORM 90                                                    Initials of Deputy Clerk   WH
CIVIL -- GEN