Patrick A. Fraioli (SBN 191824)
  pfraioli@ecjlaw.com
David N. Tarlow (SBN 214050)
  dtarlow@ecjlaw.com
Russell M. Selmont (SBN 252522)
  rselmont@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Wendy E. Giberti (SBN 268933)
wgiberti@igeneralcounsel.com
iGeneral Counsel P.C.
P.O. Box 3054
Manhattan Beach, CA 90266
Telephone: (424) 212-8718
Facsimile: (310) 280-4951

Attorneys for Plaintiff vBulletin Solutions, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| vBULLETIN SOLUTIONS, INC., a California corporation,, <br><br> Plaintiff, <br><br> v. <br><br> XENFORO LIMITED, United Kingdom entity, KIER DARBY, an individual, and DOES 1-10 inclusive,, <br><br> Defendants. | CASE NO. CV 10-8209R(JEMx) <br><br> **ORDER** <br><br> Date: February 7, 2011 <br> Time: 10:00 a.m. <br> Crtrm.: 8 <br><br> Judge Manuel L. Real |

On February 7, 2011 at 10:00 a.m., Defendants Xenforo Limited's and Kier Darby's ("Defendants") Motion to Dismiss for Lack of Subject Matter Jurisdiction came on for hearing. Patrick Fraioli appeared on behalf of Plaintiff vBulletin Solutions, Inc. ("Plaintiff") and Michael Grace appeared on behalf of Defendants. Both parties submitted on their papers as filed. After reviewing the motion, as well

IDOCS:13379.16:1173541.1

1 as opposition and reply papers, the Court found that subject matter jurisdiction
2 exists and denied the motion for reasons as stated on the record.

3     Additionally, on February 7, 2011 at 10:00 a.m., Defendants' Motion to
4 Dismiss for Lack of Personal Jurisdiction came on for hearing.  Patrick Fraioli
5 appeared on behalf of Plaintiff and Michael Grace appeared on behalf of
6 Defendants.  Both parties submitted on their papers as filed.  After reviewing the
7 motion, as well as opposition and reply papers, the Court found that personal
8 jurisdiction exists and denied the motion for reasons as stated on the record.

9     Additionally, on February 7, 2011 at 10:00 a.m., Defendant's Motion to
10 Dismiss for Forum Non Conveniens, or to Stay Proceedings Pending Conclusion of
11 Parallel British Proceedings, came on for hearing.  Patrick Fraioli appeared on
12 behalf of Plaintiff and Mike Grace appeared on behalf of Defendant.  Both parties
13 submitted on their papers as filed.  After reviewing the motion, as well as opposition
14 and reply papers, the Court found that litigating in this Court is not substantially less
15 convenient than litigating in the English Court and denied the motion for reasons as
16 stated on the record.

17     IT IS THEREFORE ORDERED THAT:

18     1. Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction is
19 DENIED.

20     2.  Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is
21 DENIED.

22     3.  Defendant's Motion to Dismiss for Forum Non Conveniens, or to Stay
23 Proceedings Pending Conclusion of Parallel British Proceedings is DENIED.

24     4.  Defendant has ten (10) days to answer Plaintiff's Complaint.

25 Dated:    February 15, 2011

28     Hon. Manuel L. Real