# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☐ U.S. Magistrate Judge _Real_

From: _Marsha Marshall_, Deputy Clerk   Date Received: _4/8/11_

Case No.: _CV 10-8209-R (JEM)_ Case Title: _Bulletin Solution v. Xenforo et al_

Document Entitled: _Plaintiff Exhibits in Support of Plaintiff Motion for Preliminary Injunction to be filed manually_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1  Document not legible
- ☐ Local Rule 11-3.8  Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1  No copy provided for judge
- ☐ Local Rule 19-1  Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1  Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6  Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8  Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1  No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1  Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1  Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2  Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6  Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)  No proof of service attached to document(s)
- ☒ Other: _No notice of manual filing_

*FILED APR 11 2011 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY*

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                          U.S. District Judge / U.S. Magistrate Judge

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_April 11, 2011_    _[signed]_
Date                U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---