```
1  Patrick A. Fraioli (SBN 191824)
      pfraioli@ecjlaw.com
2  David N. Tarlow (SBN 214050)
      dtarlow@ecjlaw.com
3  Russell M. Selmont (SBN 252522)
      rselmont@ecjlaw.com
4  ERVIN COHEN & JESSUP LLP
   9401 Wilshire Boulevard, Ninth Floor
5  Beverly Hills, California 90212-2974
   Telephone (310) 273-6333
6  Facsimile (310) 859-2325

7  Attorneys for Plaintiff vBulletin Solutions, Inc.
```

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT
APR 11 2011
1:43 PM
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| vBULLETIN SOLUTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>XENFORO LIMITED, an English private limited company; and KIER DARBY, a British citizen; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 10-8209-R (JEMx)<br><br>**EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO BE FILED MANUALLY**<br><br>**EXHIBIT A – TO JOSEPH ROSENBLUM'S DECLARATION;**<br><br>**EXHIBIT C – TO JOSEPH ROSENBLUM'S DECLARATION** |

Attached hereto are Exhibits A & B to Joseph Rosenblum's Declaration for manual filing. Said Declaration of Joseph Rosenblum was filed on the CM/ECF System on Thursday, April 7, 2011.

IDOCS:13379.16:1198845.1

EXHIBITS TO BE FILED MANUALLY

DATED: April 8, 2011

ERVIN COHEN & JESSUP LLP
David N. Tarlow

By: _____
David N. Tarlow
Attorneys for Plaintiff vBulletin Solutions, Inc.

IDOCS:13379.16:1198845.1

EXHIBITS TO BE FILED MANUALLY

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On April 8, 2011, I served the documents described as

PROOF OF SERVICE OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION FILED MANUALLY – PREVIOUSLY SENT TO SERVICE LIST

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[X] BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] BY NEXT-DAY DELIVERY: Via Overnite Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Overnite Express. In the ordinary course of business, this correspondence would be picked up by Overnite Express on that same day.

[ ] BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on April 8, 2011 at Beverly Hills, California.

David N. Tarlow

## SERVICE LIST

Michael K. Grace
GRACE & GRACE
444 S. Flower Street, Ste 3875
Los Angeles, CA 90071-2901
Tel: 213-452-1220
Fax: 213-452-1222
mgrace@gracelaw.com
Attorney for Defendants/ XenForo Limited/Kier Darby, et al.