# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-10-8209-R                                    Date: **October 17, 2011**

TITLE: VBULLETIN SOLUTIONS INC V. XENFORO LTD et al
================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Bridget Montero |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Patrick Fraioli                                              Michael Grace
                                                             Pamela Deitchle

PROCEEDINGS:    Plaintiff's motion for reconsideration of order dismissing 7th & 8th claims of 1st amended complaint with prejudice based on a change in the law; Motion for leave to file a 2nd amended complaint to add new claims and defendants based on newly discovered evidence (fld 9-5-11)

**The parties submit on their papers as filed.**

**The Court GRANTS plaintiff's motion as to the 7th cause of action, and DENIES plaintiff's motion as to the 8th cause of action, and GRANTS plaintiff's motion to file a 2nd amended complaint.**

**Plaintiff shall submit a proposed order.**

6 min

MINUTES FORM 90                                    Initials of Deputy Clerk   WH
CIVIL -- GEN