# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-10-8209-R   Date: **January 7, 2013**

TITLE: **VBULLETIN SOLUTIONS INC V. XENFORO LTD et al**

===================================================================

PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sheri Kleeger** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

   Patrick Fraioli                              Michael Grace
   Allan Cooper
   Wendy Gilberti

PROCEEDINGS:   Defendants' motion for summary judgment (12-10-12)

**The Court defers ruling on defendants' motion for summary judgment at this time, and instead Orders the parties to attend a settlement Conference with a Magistrate Judge.**

**This matter is therefore referred to MAGISTRATE JUDGE KENTON for the holding of a settlement conference at the earliest possible date. The parties shall contact the clerk to Judge Kenton to set up a date and time for the settlement conference.**

2 min

**MINUTES FORM 90**                                                                  **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**